NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

STEVEN W. MYHRE
Assistant United States Attorney
Nevada Bar No. 9365
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: Steven.Myhre@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTOPHER TUCKER, | 2:18-cv-02255-GMN-VCF |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA ex rel U.S. DEPARTMENT OF VETERANS AFFAIRS, | Stipulation to Extend the United States Deadline to Answer or Otherwise Respond |
| Defendant. | |

Plaintiff Kristopher Tucker and Defendant United States of America, through counsel, hereby stipulate and agree as follows:

1. Plaintiff served the United States with a copy of the Summons and Complaint on November 28, 2018.

2. The deadline for the United States to answer or otherwise respond was January 28, 2019.

3. The United States is diligently working to obtain the necessary documents and information to determine an appropriate response to the Complaint but has been unable to do so because of the recent government shutdown.

4. The parties have agreed to extend the deadline for an answer or other response to March 15, 2019.

5. This stipulation is made in good faith and not for the purpose of delay.

1

Therefore, the parties request that the Court extend the deadline for an answer or other response to March 15, 2019.

Respectfully submitted this 25th day of February 2019.

| | |
|---|---|
| RICHARD HARRIS LAW FIRM | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Samantha A. Martin*<br>SAMANTHA A. MARTIN, Esq.<br>*Attorneys for Plaintiff* | */s/ Steven W. Myhre*<br>STEVEN W. MYHRE<br>Assistant United States Attorney |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

**Dated this 26th day of February, 2019.**