SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone (702) 444-4444
Fax     (702) 444-4445
Email: Samantha.Martin@richardharrislaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTOPHER TUCKER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA ex rel U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendants. | CASE NO.: 2:18-cv-02255-GMN-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE JOINT PRE-TRIAL MEMORANDUM (FIRST REQUEST)** |

COME NOW Plaintiff KRISTOPHER TUCKER and Defendant UNITED STATES OF AMERICA ex rel U.S. DEPARTMENT OF VETERANS AFFAIRS, by and through their undersigned counsel of record and hereby stipulate to extend the time for the parties to file the Joint Pre-Trial Memorandum currently due on September 25, 2020 to October 2, 2020 (See. ECF No. 33).

///

///

///

///

1

The parties have agreed to extend the Joint Pre-Trial Memorandum to obtain and confirm the availability of their experts for trial. Both counsels have reached out to their respective experts and are awaiting their availability for trial and will need to coordinate availability once received.

This Stipulation is submitted in good faith and not for the purpose of undue delay.

APPROVED AS TO FORM AND CONTENT:

DATED this 25th day of Sept., 2020.        DATED this 25th day of Sept., 2020.

**RICHARD HARRIS LAW FIRM**

*/s/ Samantha A. Martin*                              */s/ Brianna Smith*
_____     _____
RICHARD A. HARRIS, ESQ.                  Brianna Smith, Esq.
Nevada Bar No. 505                              Nevada Bar No. 11795
SAMANTHA A. MARTIN, ESQ.          Assistant United States Attorney
Nevada Bar No. 12998                           501 Las Vegas Blvd., South, Suite 1100
801 South Fourth Street                         Las Vegas, Nevada 89101
Las Vegas, Nevada 89101                       *Attorneys for the United States*
*Attorneys for Plaintiff*

CASE NO.:  2:18-cv-593-GMN-NJK
Stipulation and Order

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

9-28-2020

2