1  BRIANNA SMITH
   Assistant United States Attorney
2  Nevada Bar No. 11795
   501 Las Vegas Blvd. So., Suite 1100
3  Las Vegas, Nevada 89101
   (702) 388-6336
4  brianna.smith@usdoj.gov
   *Attorneys for the United States*

5

                    UNITED STATES DISTRICT COURT
6                       DISTRICT OF NEVADA

7

8    Kristopher Tucker,                    Case No.:  2:18-cv-02255-VCF

                 Plaintiff,
9
         v.                                **Stipulation to Request Status
10                                          Conference**

11   United States of America, *et al.*

                 Defendant.
12

13        The parties stipulate to request a status conference with the Court to discuss the

14   availability of ZOOM for anticipated trial testimony for witnesses who wish to testify

15   virtually in light of the ongoing COVID-19 pandemic.

16        Respectfully submitted this 27th day of October, 2020.

17   RICHARD HARRIS LAW FIRM          NICHOLAS A. TRUTANICH
                                      United States Attorney
18   /s/ Samantha A. Martin
     SAMANTHA A. MARTIN, Esq.         /s/ Brianna Smith
19   801 S. Fourth Street             BRIANNA SMITH
     Las Vegas, Nevada 89101          Assistant United States Attorney
20   *Attorneys for Plaintiff*        *Attorneys for Defendant*

21

                                           Video
22
          **IT IS SO ORDERED.  As  status⁄\conference  is  hereby  scheduled  for**
23   10:00 AM, November 9, 2020
     _____.  ~~A ZOOM link to participate in the status~~
24

25   ~~conference will follow this order~~.

     IT IS FURTHER ORDERED that the parties must contact the Courtroom Administrator, Tawnee
26   Renfro at Tawnee_Renfro@nvd.uscourts.gov, and provide an email address for the video conference
     by 12:00 PM, November 6, 2020.
              IT IS ORDERED that the following Video Conference Instructions be adhered to as
     follows:
27        INSTRUCTIONS FOR VIDEO CONFERENCE HEARING         **HONORABLE CAM FERENBACH**
          Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to   **DATED:** ___10-27-2020___
     the hearing to the participants email provided to the Court.
28            •     Log on to the call ten (10) minutes prior to the hearing time.
              •     Mute your sound prior to entering the hearing.
              •     Do not talk over one another.
              •     State your name prior to speaking for the record.
              •     Do not have others in the video screen or moving in the background.
              •     No recording of the hearing.                        1
              •     No forwarding of any video conference invitations.
              •     Unauthorized users on the video conference will be removed.