1  BRIANNA SMITH
   Assistant United States Attorney
2  Nevada Bar No. 11795
   501 Las Vegas Blvd. So., Suite 1100
3  Las Vegas, Nevada 89101
   (702) 388-6336
4  Brianna.Smith@usdoj.gov
   *Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kristopher Tucker,<br><br>             Plaintiff,<br><br>      v.<br><br>United States of America, *et al.*<br><br>             Defendant. | Case No.: 2:18-cv-02255-VCF<br><br>**Stipulation and Order to Extend Pretrial Order Deadline**<br>**(First Request)** |

Plaintiff Kristopher Tucker and Defendant United States of America, through counsel, submit the following stipulation for the pretrial order deadline for an additional 30 days. This is the first request for an extension of this deadline.

The current pretrial order deadline is March 19, 2022 and the parties seek to extend the deadline to April 22, 2022. The basis for this extension is that counsel for both parties have many scheduling conflicts and burgeoning caseload prohibiting the timely completion of the joint pretrial order. In particular and most importantly to plaintiff's case is that plaintiff's co-counsel, Mark Jackson, has recently and unfortunately passed away and current counsel Samantha Martin is in trial currently for another case scheduled to last 10 days.

. . .

. . .

. . .

. . .

. . .

1 | Accordingly, the parties are respectfully seeking a continuance of the joint pretrial order to work through some of these matters. The parties have agreed to extend the pretrial order deadline to **April 22, 2022**.

Respectfully submitted this 18th day of March 2022.

| RICHARD HARRIS LAW FIRM | CHRISTOPHER CHIOU |
|---|---|
|  | Acting United States Attorney |
| */s/ Samantha A. Martin* | */s/ Brianna Smith* |
| SAMANTHA A. MARTIN, Esq. | BRIANNA SMITH |
| 801 S. Fourth Street | Assistant United States Attorney |
| Las Vegas, Nevada 89101 | *Attorneys for the United States* |
| *Attorneys for Plaintiff* |  |

**IT IS SO ORDERED:**

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 3-22-2022