# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kristopher Tucker,

        Plaintiff,

   v.

United States of America, *et al.*

        Defendant.

Case No.: 2:18-02255-VCF

Order Vacating Settlement Conference

     Plaintiff Kristopher Tucker and Defendant United States of America, through counsel, submit the following stipulation to vacate the Order Granting Settlement Conference (ECF No. 100). After meeting and conferring at length concerning the particular needs of this case and in the interest of judicial economy, the parties have agreed to participate in a private mediation and have scheduled one for August 19, 2022, with the Honorable (Ret.) Jennifer Togliatti at Advanced Resolution Management.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, the parties move to vacate the Order Scheduling Settlement Conference which was scheduled for August 4, 2022.

Respectfully submitted this 27th day of May 2022.

| RICHARD HARRIS LAW FIRM | JASON M. FRIERSON |
|---|---|
|  | United States Attorney |
| */s/ Samantha A. Martin* | */s/ Brianna Smith* |
| SAMANTHA A. MARTIN, Esq. | BRIANNA SMITH |
| 801 S. Fourth Street | Assistant United States Attorney |
| Las Vegas, Nevada 89101 | *Attorneys for the United States* |
| *Attorneys for Plaintiff* |  |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:  May 27, 2022