1  JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar Number 7709
501 Las Vegas Blvd., S., Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6533
Brianna.Smith@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTOPHER TUCKER<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA ex rel U.S. DEPARTMENT OF VETERANS AFFAIRS<br><br>Defendant | CASE NO.: 2:18-cv-02255-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT UNITED STATES EX REL U.S. DEPARTMENT OF VETERANS AFFAIRS MOTION TO PRECLUDE EVIDENCE OF DAMAGES FOR MEDICAL SPECIALS PAID BY THE DEFENDANT DEPARTMENT OF VETERANS AFFAIRS (ECF NO. 103)** |

Pursuant to Federal Rule of Civil Procedures, the parties, by and through their undersigned counsel of record, hereby stipulate to extend the time for Plaintiffs to respond to Defendant United States of America ex rel U.S. Department of Veterans Affairs Motion to Preclude Evidence of Damages for Medical Specials Paid by the Defendant Department of Veterans Affairs (ECF No. 103) Plaintiffs' response to Defendant's Motion is currently due on July 1, 2022.  The parties agree that Plaintiffs shall have until July 30, 2022 to respond to Defendant United States of America ex rel U.S. Department of Veterans Affairs Motion to Preclude Evidence of Damages for Medical Specials Paid by the Defendant Department of Veterans Affairs (ECF No. 103).

Currently, Plaintiffs counsels are unable to oppose to the Motion by July 1, 2022, due to other scheduling conflicts. On June 26, 2022, lead counsel, Samantha A. Martin, Esq. flies to Europe until July 10, 2022, at which time she will be unable to work on the opposition.  After she returns home, counsel has several other scheduling conflicts and oppositions due in other federal court matters which will preclude her from working on this opposition.  Based on the foregoing, the parties have agreed to a brief continuance.

DATED this 23rd day of June, 2022.     DATED this 23rd day of June, 2022.

RICHARD HARRIS LAW FIRM.

*/s/ Samantha A. Martin*
_____
Samantha A. Martin, Esq.
Nevada Bar No. 12998
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

JASON M. FRIERSON
United States Attorney

*/s/ Brianna Smith*
_____
BRIANNA SMITH
Nevada Bar No. 11795
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED:  June 24, 2022

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE