JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
LINDSAY A. AGER
Assistant United States Attorney
Nevada Bar No. 11985
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Email: Lindsay.Ager@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kristopher Tucker,<br><br>         Plaintiff,<br><br>   v.<br><br>United States of America,<br><br>         Defendant. | Case No. 2:18-cv-02255-VCF<br><br>**Stipulation for the United States to Withdraw Its Motion to Preclude Evidence of Damages for Medical Specials Paid by the Defendant Department of Veterans Affairs (ECF No. 103)** |

The United States filed a Motion to Preclude Evidence of Damages for Medical Specials Paid by Defendant Department of Veterans Affairs (ECF No. 103). Tucker filed a response (ECF No. 107), which raises arguments regarding subrogation. The parties met and conferred regarding the subrogation issues and stipulated that the United States may withdraw its motion, without prejudice for the United States to renew the motion at a later date. The purpose of the withdrawal is to allow counsel for the United States to further investigate the subrogation issue and appropriately communicate with Tucker's counsel on that issue.

/ / /

/ / /

/ / /

/ / /

/ / /

It is so stipulated.

Dated: August 4, 2022

SAMANTHA A. MARTIN
Richard Harris Law Firm

 /s/ Samantha A. Martin 
Attorney for Plaintiff

Dated: August 4, 2022

JASON M. FRIERSON
United States Attorney

 /s/ Lindsay Ager 
Lindsay Ager
Assistant United States Attorney

It is so ordered.

_____
United States Magistrate Judge

Dated: 8-8-2022