JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
LINDSAY AGER
Nevada Bar No. 11985
SUMMER A. JOHNSON
Assistant United States Attorneys
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Email: Lindsay.Ager@usdoj.gov
Email: Summer.Johnson@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Kristopher Tucker,<br><br>        Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>        Defendant. | Case No. 2:18-cv-02255-VCF<br><br>**Stipulation for Pretrial Status Conference** |

The parties participated in a private mediation with the Honorable Jennifer Togliatti (Ret.) on August 19, 2022. Judge Togliatti facilitated additional settlement discussions by telephone on September 9, 2022. Despite the parties' good-faith efforts, they were unable to settle this lawsuit. The parties therefore request a status conference with the Court to discuss the logistics of the damages trial set for December 5, 2022. In particular, the parties would like to discuss the deadlines for exhibits lists, witness lists, and trial briefs; to confirm whether trial will be held in person; and to determine whether exhibits should be presented in paper or electronic format.

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

It is so stipulated.

Dated: October 18, 2022                              Dated: October 18, 2022

SAMANTHA A. MARTIN                          JASON M. FRIERSON
Richard Harris Law Firm                            United States Attorney

 /s/ Samantha A. Martin                               /s/ Lindsay Ager
Attorney for Plaintiff                                    Lindsay Ager
                                                                  Assistant United States Attorney


It is so ordered.  IT IS HEREBY ORDERED that an in-person status hearing is scheduled for 11:00 AM, October 27, 2022, in Courtroom 3D.

_____
United States Magistrate Judge

Dated: 10-18-2022

2