BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
IAN C. ESTRADA, ESQ.
Nevada Bar No. 12575
LANDON LITTLEFIELD, ESQ.
Nevada Bar No. 15268
**CLOWARD TRIAL LAWYERS**
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Phone: (702) 605-5000
Fax:  (702) 997-5000
E-mail: ben@thefiercefirm.com
E-mail: ian@thefiercefirm.com
E-mail: landon@thefiercefirm.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kristopher Tucker<br><br>　　　　Plaintiff,<br><br>vs.<br><br>United States of America<br><br>　　　　Defendants. | Case No. 2:18-cv-02255-VCF<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

　　　　PLEASE TAKE NOTICE that Benjamin P. Cloward, Esq from CLOWARD TRIAL LAWYERS is no longer associated with this matter.  SAMANTHA MARTIN, ESQ. of RICHARD HARRIS LAW FIRM is still representing Plaintiff in this matter and her contact information is unchanged.

. . .

. . .

. . .

1

WHEREFORE, Benjamin P. Cloward, Esq. requests that the Clerk of the Court, Judge's chambers, and opposing counsel remove Benjamin P. Cloward, Esq., from all further notifications for this case and send all relevant notifications to Samantha Martin at the RICHARD HARRIS LAW FIRM Filing account and e-mail address: samantha.martin@richardharrislaw.com

DATED THIS 27th day of April, 2023

**CLOWARD TRUAL LAWYERS**

*/s/ Benjamin P. Cloward*
BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
IAN C. ESTRADA, ESQ.
Nevada Bar No. 12575
LANDON LITTLEFIELD, ESQ.
Nevada Bar No. 15268
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Phone: (702) 605-5000
Fax: (702) 997-5000
E-mail: ben@thefiercefirm.com
E-mail: ian@thefiercefirm.com
E-mail: landon@thefiercefirm.com

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED    4-28-2023

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of CLOWARD TRIAL LAWYERS and that on the 27th day of April, 2027, I served a copy of the foregoing, **NOTICE OF DISASSOCIATION OF COUNSEL**, as follows:

[ X ]   U.S. Mail—By depositing a true copy thereof in the U.S. mail, first class postage prepaid and addressed as listed below; and/or

[   ]   E-Mail—By e-mailing a copy of counsel identified below at the following e-mail addresses:

Summer Allegra Johnson, Esq.
Brian W. Irvin, Esq.
Assistant United States Attorney
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
Attorney for Defendant

RICHARD A. HARRIS, ESQ.
Nevada Bar No. 505
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: SMartin@richardharrislaw.com
Attorneys for Plaintiff

*/s/ Karina Rosas*
_____
An employee of CLOWARD TRIAL LAWYERS