JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
LINDSAY A. AGER
Nevada Bar No. 11985
SUMMER A. JOHNSON
Assistant United States Attorneys
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Email: Lindsay.Ager@usdoj.gov
Summer.Johnson@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kristopher Tucker,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　Defendant. | Case No. 2:18-cv-02255-VCF<br><br>**Stipulation to Vacate Trial and Related Deadlines** |

　　　　The purpose of this stipulation is to notify the Court the parties are actively engaged in settlement discussions facilitated by the Honorable Jennifer Togliatti (Ret.), who previously presided over a private mediation in this case. The discussions have been productive. Given these discussions, and to conserve resources, the parties respectfully request that the Court vacate the calendar call set for June 26, 2023, at 10:00 a.m., the bench trial scheduled for July 10, 2023, at 10:00 a.m., and all other deadlines in this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

With the Court's permission, the parties will file a joint status report advising the Court of the settlement status within 30 days of the date of this stipulation.

| | |
|---|---|
| Dated: June 15, 2023 | Dated: June 15, 2023 |
| SAMANTHA A. MARTIN<br>Richard Harris Law Firm | JASON M. FRIERSON<br>United States Attorney |
| /s/ *Samantha A. Martin*<br>Attorney for Plaintiff | /s/ *Lindsay Ager*<br>Lindsay Ager<br>Assistant United States Attorney |

IT IS HEREBY ORDERED that the joint status report must be filed on or before July 17, 2023.

IT IS FURTHER ORDERED that an in-person status hearing is scheduled for 10:00 AM, July 24, 2023, in Courtroom 3D.

IT IS FURTHER ORDERED that plaintiff must attend the in-person status hearing scheduled for 10:00 AM, July 24, 2023.

It is so ordered.

_____
United States Magistrate Judge

Dated:  6-15-2023