# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

Kristopher Tucker,

        Plaintiff(s),

v.

United States of America,

        Defendant(s).

2:18-cv-02255-VCF

**ORDER**

Before the court is the joint status report (ECF No. 131).

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before September 18, 2023.

IT IS FURTHER ORDERED that the in-person status hearing scheduled for July 24, 2023, is VACATED, and RESCHEDULED to in-person at 10:00 AM, October 2, 2023, in Courtroom 3D.

DATED this 17th day of July 2023.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE