JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
LINDSAY A. AGER
Nevada Bar No. 11985
SUMMER A. JOHNSON
Assistant United States Attorneys
United States Attorney's Office
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Lindsay.Ager@usdoj.gov
Summer.Johnson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kristopher Tucker,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America,<br><br>    Defendant. | Case No. 2:18-cv-02255-VCF<br><br>**Stipulation and Order for Dismissal with Prejudice** |

Plaintiff Kristopher Tucker and defendant United States of America stipulate that plaintiff's complaint against the United States be dismissed, with prejudice, with each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: September 12, 2023

SAMANTHA A. MARTIN
Richard Harris Law Firm

 */s/ Samantha A. Martin*
Attorney for Plaintiff

IT IS HEREBY ORDERED that the hearing scheduled for October 1, 2023, is VACATED.

Dated: September 12, 2023

JASON M. FRIERSON
United States Attorney

 */s/ Lindsay Ager*
LINDSAY AGER
Assistant United States Attorney

IT IS SO ORDERED.

United States Magistrate Judge

Dated: 9-12-2023